# United States Court of Appeals

## For the Eighth Circuit

_____

No. 20-3735

_____

Duane J. Gonder

*Plaintiff - Appellant*

v.

Dexter Payne, Director, Arkansas Division of Correction (originally named as Wendy Kelley)

*Defendant - Appellee*

_____

No. 21-1056

_____

Duane J. Gonder

*Plaintiff - Appellant*

v.

Dexter Payne, Director, Arkansas Division of Correction (originally named as Wendy Kelley)

*Defendant - Appellee*

_____

Appeals from United States District Court
for the Eastern District of Arkansas - Pine Bluff

_____

Submitted: November 23, 2021
Filed: November 30, 2021
[Unpublished]
_____

Before GRUENDER, SHEPHERD, and KOBES, Circuit Judges.
_____

PER CURIAM.

In these consolidated matters, Duane Gonder appeals after the district court[1] denied his post-judgment motions in his 28 U.S.C. § 2254 proceeding and granted a certificate of appealability.

After careful review of the record and the parties' arguments on appeal, we conclude that the district court did not abuse its discretion when it denied Gonder's post-judgment motions based on a lack of prejudice. *See Raymond v. United States*, 933 F.3d 988, 991 (8th Cir. 2019) (reviewing the denial of a motion under Federal Rule of Civil Procedure 60(b) for an abuse of discretion; observing that a good claim or defense is a precondition to relief).

Accordingly, we affirm. *See* 8th Cir. R. 47B. We also deny Gonder's pending pro se motion to "preserve the effectiveness of the judgment."

_____

[1]The Honorable D.P. Marshall, Jr., Chief Judge, United States District Court for the Eastern District of Arkansas.

-2-